J. WILSON BRYANT and Another, Appellants, v. THE CENTURY BANK OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HERMAN FELDMAN, Respondent, v. WASHBURN WIRE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Clarke, P. J., dissented.

HENRY O. CLAUSS and Others, Copartners, Appellants, v. JOHN P. MITCHEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HOWARD F. BERTINE v. NORTH RIVER INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

KATE LUDWIG v. GEORGE HERMANN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

---

## SECOND DEPARTMENT, FEBRUARY, 1918.

ANNA R. PELZ, Respondent, v. CARL E. PELZ, Appellant.

*Contempt — fugitive from justice.*

Appeal by the defendant from an order of the Supreme Court, made at the Westchester Special Term for Motions and entered in the office of the clerk of the county of Westchester on the 1st day of October, 1917, granting the plaintiff's motion to punish the defendant for contempt of court.

PER CURIAM: We reverse the order, without costs, and deny the motion to punish the defendant for a contempt, without costs, *first*, on authority of *Moore* v. *Moore* (142 App. Div. 459) and *People ex rel. Ready* v. *Walsh* (132 id. 462); and *second*, on authority of *Wulff* v. *Wulff* (151 id. 22), inasmuch as the record indicates that defendant is a fugitive, and " the court will not do a futile thing." Thomas, Mills and Putnam, JJ., concurred; Jenks, P. J., and Rich, J., concurred upon the second ground only, and dissented from the first ground, upon the dissenting opinion of Laughlin, J., in *Moore* v. *Moore* (*supra*). Order reversed, without costs, and motion to punish defendant for contempt denied, without costs, *first*, on authority of *Moore* v. *Moore* (142 App. Div. 459) and *People ex rel. Ready* v. *Walsh* (132 id. 462); and *second*, on authority of *Wulff* v. *Wulff* (151 id. 22), inasmuch as the record indicates that defendant is a fugitive, and " the court will not do a futile thing."